Lloyd L. PETTY, Appellant, v. UNITED STATES of America, Appellee.

No. 3205.

Circuit Court of Appeals, Fourth Circuit.

July 9, 1931.

Kenneth J. Kindley, of Charlotte, N. C., for appellant.

Thos. A. McCoy, Asst. U. S. Atty., of Asheville, N. C.

PER CURIAM.

Case docketed and dismissed on motion of appellee.

Giuseppe RADE (or Joe Rade) Appellant, v. UNITED STATES of America, Appellee.

No. 6553.

Circuit Court of Appeals, Ninth Circuit.

Aug. 3, 1931.

For opinion below, see 47 F.(2d) 912.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed; mandate forthwith.

REO MOTOR CAR CO. v. AUTOMOTIVE DAILY NEWS PUBLISHING CO.

No. 5702.

Circuit Court of Appeals, Sixth Circuit.

March 5, 1931.

Foster & Cameron, of Lansing, Mich., for appellant.

Lucking, Hanlon, Van Auken & Sprague, of Detroit, Mich., and Jos. Schultz, of New York City, for appellee.

PER CURIAM.

Dismissed by court order pursuant to stipulation of counsel.

Carl F. ROUTZAHN, Collector of Internal Revenue, v. LANDESMAN–HIRSCHHEIMER COMPANY.

No. 5923.

Circuit Court of Appeals, Sixth Circuit.

April 17, 1931.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio, for appellant.

Mooney, Hahn, Loeser, Keough & Beam, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed by court order, pursuant to motion of counsel for appellant.